OPINION — AG — ** LOYALTY OATH — ANNUAL TAKING ** UNDER THE PROVISIONS OF 51 O.S. 37.1 [51-37.1] THE MEMBERS OF THE BOARD OF REGENTS ARE REQUIRED TO TAKE AND SUBSCRIBE TO SAID OATH OR AFFIRMATION WITHIN THE FIRST THIRTY DAYS AFTER TAKING OFFICE FOR EACH TERM OF OFFICE WHICH ANY INDIVIDUAL MEMBER MAY SERVE, AND THAT THE STATED STATUTE DO 'NOT' REQUIRE SAID OFFICERS TO TAKE THE OATH ANNUALLY. (TERM OF OATH, OFFICERS, STATE) CITE: 51 O.S. 37.1 [51-37.1], 70 O.S. 1903 [70-1903] (JAMES P. GARRETT)